**From:** Jimmy D. Giles <jimmydgiles@bellsouth.net>
**Sent:** Tuesday, September 4, 2018 10:21 AM
**To:** 'Criminal.Division@usdoj.gov' <Criminal.Division@usdoj.gov>
**Cc:** 'Wayne Wasson' <WWasson@dps.ms.gov>; 'James Herzog' <JHerzog@dps.ms.gov>; 'Don Byington' <Don.Byington@dfa.ms.gov>; 'bbailey@rankincounty.org' <bbailey@rankincounty.org>
**Subject:** Physical Threats and Intimidation

I will be filing the criminal complaint attached below with the Rankin County Justice Court and I just called the FBI and told them the only reason I was calling to report the federal crimes to them was because Donald Trump is president and Jeff Sessions is Attorney General and I considered them nothing less than a corrupt political anti-white male organization.

As luck would have it unlike 99% of the other calls to the FBI, the white female agent was very respectful, and she took my full report based on the facts below. I included the fact that I had appealed to the FBI in the past for being unlawfully arrested and prosecuted for a felony detailing my past with the FBI.

I also called Mike Hurst's office and reported how the RCSO has become adversarial as well as speaking with an investigator with the Mississippi Attorney General's office (public integrity) about police corruption by the RCSO. Hurst's office implied it all starts with the FBI report. The state investigator was not in the least inquisitive about the matter suggesting I simply file the complaint with the Rankin County Justice Court.

I doubt I would be documenting all of this were it not for Don Byington who is nothing less than an exemplary law enforcement officer.

How would you feel if you and more specifically if your mother was confronted with gun fire, loud music, profanity and physical intimidation right at your doorstep at your home? And appeals to your local law enforcement result in disrespect and threats from the officers responding to the call at your home?

I ask that the Mississippi Bureau of Investigation and the US Justice Department fully investigate the RCSO and their adversarial posture vis-à-vis me especially in regard to my complaints to them.

We obviously need a new sheriff in Rankin County, one elected on a 'Make Rankin County Great Again!' campaign platform.

EXHIBIT "A"

It would be easy for me to condemn all law enforcement but that would be wrong because too many outstanding Rankin County deputies have come to my home in the past. One of the two deputies yesterday was such a man while the other was in league with Billy Luke, Raymond Duke and J. Sanford.

## Statement of facts and circumstances

**Gun fire, loud music, profanity and intimidation** are coming from Charles and Nell Gipson's home at 193 Pear Lane directed at me and my eighty (80) year old mother, Margaret Rose Wood, who lives immediately next door and very close to the Gipson home at 177 Pear Lane and who owns the private road (Pear Lane) over which the Gipsons, et al., enjoy a right of way.

On Monday, September 3, 2018, at approximately 5:24 PM, I heard what sounded like thunder inside my deceased grandparents' home. I went out the front door and saw Charles and Nell Gipson's grandson, Jeron (sp.?), driving Charles' gray late model pickup truck (departing) playing very very very loud base music while on our property albeit on the northern most 21-foot strip of land over which they enjoy a right of way. I went immediately to my computer and sent Charles Gipson an email (attached) informing him that I would file charges against him and Jeron if the loud base music continued.

Earlier in the morning on the same day while I was inside my mobile home at 171 Pear Lane, I was disturbed by very very very loud base music (so much so that it vibrated the inside of my home) and I looked out my front door and saw Jeron driving Charles Gipson's pickup truck returning home.

Jeron appears to be a student at Richland High School as he comes and goes via Richland High School buses.

At approximately, 6:00 PM Jeron returned home driving Gipson's truck and I was standing in front of my grandparents' home and he had his driver's window down and he slowed down almost coming to a stop and yelled "fuck you" out his window at me. He was not playing the loud base music as loud as when he had departed earlier.

This profanity and threat is coming from the same person, Jeron, who is firing a high caliber gun very very very close to my mother's home in the afternoon when he gets home from school and before his grandparents get home from

work. Someone at the Gipson home fired one single round earlier in the morning on this same day, Labor Day. The Gipson's own approximately 5 acres of land and they are not going to the rear of their property to target practice (multiple rounds) but rather they are firing their gun once or twice right at their home and very close to my mother's home. It amounts to nothing less than physical intimidation.

The gun fire, the loud music and the profanity are nothing less than physical threats and intimidation.

§ 97-35-15. Disturbance of the public peace or the peace of others; exception

(1) Any person who disturbs the public peace, or the peace of others, by violent, or <u>loud</u>, or <u>insulting</u>, or <u>profane</u>, or indecent, or <u>offensive</u>, or <u>boisterous conduct or language</u>, or <u>by intimidation, or seeking to intimidate any other person or persons</u>, or by conduct either calculated to provoke a breach of the peace, or by conduct which may lead to a breach of the peace, or by any other act, shall be guilty of a misdemeanor, and upon conviction thereof, shall be punished by a fine of not more than Five Hundred Dollars ($ 500.00) or by imprisonment in the county jail not more than six (6) months, or both.

(2) The act of breast-feeding shall not constitute a breach of the peace.

(3) The provisions of this section are supplementary to the provisions of any other statute of this state. SOURCES: Codes, 1942, § 2089.5; Laws, 1960, ch. 254, §§ 1, 2; Laws, 2006, ch. 520, § 9, eff from and after passage (approved Apr. 3, 2006.)

MISSISSIPPI CODE of 1972 ANNOTATED (emphasis added)

---

Jimmy D. Giles

173 Pear Lane

Pearl, MS 39208

601-613-1290

**From:** Jimmy D. Giles <jimmydgiles@bellsouth.net>
**Sent:** Monday, September 3, 2018 5:26 PM
**To:** 'charles.gipson2@us.army.mil' <charles.gipson2@us.army.mil>
**Subject:** Loud Music

I will file charges against you and Jeron (sp?) in Rankin County Justice Court if the loud base music continues.

Jim Giles